THIRD DEPARTMENT, JULY, 1989

(July 6, 1989)

■ In the Matter of RICHARD S. FELDMAN, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner.—Per Curiam. Respondent, a Saratoga County attorney, was admitted to practice in this department in 1975.

On May 26 of this year, respondent was convicted in Saratoga County Court upon his plea of guilty of two counts of the

crime of operating a motor vehicle while under the influence of alcohol as a felony (Vehicle and Traffic Law § 1192 [2], [3]) and obstructing governmental administration, second degree, a class A misdemeanor (Penal Law § 195.05). He was subsequently sentenced to six months' imprisonment and a $1,000 fine.

Petitioner now moves to strike respondent's name from the roll of attorneys by reason of his felony conviction (Judiciary Law § 90 [4]).

Respondent ceased to be an attorney and counselor-at-law upon his felony conviction (Judiciary Law § 90 [4] [a]). Petitioner's motion to strike respondent's name from the roll of attorneys is, accordingly, granted (Judiciary Law § 90 [4] [b]).

Motion granted and respondent's name stricken from the roll of attorneys, effective immediately. Mahoney, P. J., Kane, Casey, Weiss and Mikoll, JJ., concur.